**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Ryan T. Jareck
Daniel J. Harris
Matteo Percontino
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
rjareck@coleschotz.com
dharris@coleschotz.com
mpercontino@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRESHREALM, INC., *et al.*,[1] | Case No. 26-14656 (MEH) |
| Debtors. | (Jointly Administered) |

**NOTICE TO CONTRACT PARTIES TO POTENTIALLY**
**ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: FreshRealm, Inc. (8505); FreshRealm Holdings, Inc. (1563); IHEC, LLC (8728); FreshRealm HR, LLC (7221); and FreshRealm Texas, LLC (8263). The location of FreshRealm, Inc.'s principal place of business and service address is: 901 W Linden Ave, Linden, NJ 07036.

> YOU ARE RECEIVING THIS NOTICE BECAUSE YOU
> OR ONE OF YOUR AFFILIATES ARE A COUNTERPARTY TO AN
> EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE
> OF THE DEBTORS AS SET FORTH ON **EXHIBIT A** ATTACHED HERETO.

**PLEASE TAKE NOTICE** that on May 21, 2026, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 160] (the "Bidding Procedures Order")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the terms of any Successful Bid, the Debtors **may** assume and assign to the Successful Bidder the Executory Contracts and Unexpired Leases listed on **Exhibit A** to which you are a counterparty, upon approval of any Sale Transaction.  The Debtors have conducted a review of their books and records and have determined that the Cure Payments for unpaid monetary obligations under such Executory Contract or Unexpired Lease is as set forth on **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Payments, object to a proposed assignment to the Successful Bidder of any Executory Contract or Unexpired Lease, or dispute the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Contract, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Local Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Payments, state the correct Cure Payments alleged to be owed to the objecting Contract or Lease Counterparty, together with any applicable and appropriate documentation in support thereof; and (iv) be filed with the Court and served and **actually received no later than June 8, 2026, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") on the following parties:

(i)     proposed counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Ryan T. Jareck, Esq. (rjareck@coleschotz.com), Daniel J. Harris, Esq. (dharris@coleschotz.com); and Matteo Percontino, Esq. (mpercontino@coleschotz.com);

(ii)    counsel to BGC, Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn. Richard E. Farley (Richard.Farley@hsfkramer.com), Mark P. Ramsey (Mark.Ramsey@hsfkramer.com), Robert T. Schmidt

---

[2]   Capitalized terms used but not defined in this notice have the meanings given to them in the Bidding Procedures Order.

(Robert.Schmidt@hsfkramer.com), and Andrew J. Citron (Andrew.Citron@hsfkramer.com), and Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, New Jersey 07102, Attn. Andrew H. Sherman (ASherman@sillscummis.com) and Boris I. Mankovetskiy (BMankovetskiy@sillscummis.com);

(iii)   counsel to FaraNord (US) IV Pte Ltd, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Christopher Marcus, Esq. (cmarcus@kirkland.com), Jordan D. Roberts, Esq. (jordan.roberts@kirkland.com), Jess Lepper, Esq. (jess.lepper@kirkland.com), Charles H. Martin, Esq. (Charles.martin@kirkland.com), and Kelly Meyer, Esq. (Kelly.meyer@kirkland.com); and

(iv)   proposed counsel to the Committee, Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960, Attn: Joseph DiPasquale, Esq. (jdipasquale@foxrothschild.com), Michael Herz, Esq. (mherz@foxrothschild.com), Jesse Harris, Esq. (jesseharris@foxrothschild.com) and William Stassen, Esq. (wstassen@foxrothschild.com).

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Payments, (b) the proposed assignment and assumption of any Executory Contract or Unexpired Lease, or (c) adequate assurance of the Successful Bidder's ability to perform is filed by the Objection Deadline, then (i) you will be deemed to have stipulated that the Cure Payments as determined by the Debtors are correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional Cure Payments are due under the Executory Contract or Unexpired Lease, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of any Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment of an Executory Contract or Unexpired Lease or related Cure Payments in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing, shall be heard at a later date as may be fixed by the Court.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Executory Contract or Unexpired Lease on the Assumption Notice or any Supplemental Assumption Notice does not require or guarantee that such Executory Contract or Unexpired Lease will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Successful Bidder with respect to such Executory Contracts and/or Unexpired Leases are reserved. Moreover, the Debtors explicitly reserve the right, in their discretion, to seek to reject or assume each Executory Contract or Unexpired Lease pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Executory Contract or Unexpired Lease as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that nothing herein (i) alters in any way the prepetition nature of the Executory Contracts or Unexpired Leases or the validity, priority, or amount of any claims of a counterparty to any Contract against the Debtors that may arise under such Executory Contract or Unexpired Lease, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a counterparty to any Executory Contract or Unexpired Lease against the Debtors that may arise under such Executory Contract or Unexpired Lease.

Dated: May 27, 2026

/s/ *Ryan T. Jareck*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Ryan T. Jareck
Daniel J. Harris
Matteo Percontino
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
        wusatine@coleschotz.com
        rjareck@coleschotz.com
        dharris@coleschotz.com
        mpercontino@coleschotz.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**<u>Exhibit A</u>**

**Schedule of Assumed and Assigned Executory Contracts and Unexpired Leases**

**FreshRealm, Inc. et al.**
**Assumption and Cure Schedule**

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| AGILEBITS INC. (DBA: 1PASSWORD) | SERVICE AGREEMENT ORDER NO. Q-164040 DATED: 01/13/2025 | FreshRealm, Inc. | 7,862 |
| AMERICAN PACKAGING CAPITAL, INC. | LEASE AGREEMENT DATED: 07/13/2021 | FreshRealm, Inc. | 12,412 |
| AMUR EQUIPMENT FINANCE, INC. | FINANCING TERM SHEET DATED: 12/16/2024 | FreshRealm, Inc. | - |
| AQUERA, INC. | SUBSCRIPTION LICENSE AND PROFESSIONAL SERVICES AGREEMENT DATED: 12/31/2024 | FreshRealm, Inc. | - |
| ARAMARK FINANCIAL SHARED SERVICES | SERVICE AGREEMENT DATED: 11/06/2017 | FreshRealm, Inc. | - |
| ASCENTIUM CAPITAL LLC | FINANCE AGREEMENT 2605325 DATED: 05/18/2021 | FreshRealm, Inc. | 32,949 |
| | FINANCE AGREEMENT 2604796 DATED: 05/20/2021 | FreshRealm, Inc. | |
| | FINANCE AGREEMENT 2654700 DATED: 03/14/2022 | FreshRealm, Inc. | |
| AUVIK US INC. | SUBSCRIPTION SERVICES AGREEMENT DATED: 04/01/2025 | FreshRealm, Inc. | 1,297 |
| BLUE BRIDGE FINANCIAL, INC. | EQUIPMENT FINANCE AGREEMENT DATED: 12/02/2022 | FreshRealm, Inc. | 3,348 |
| CHARTER COMMUNICATIONS OPERATING, LLC | COMMERCIAL ACCOUNT RIGHT OF ENTRY AGREEMENT DATED: 10/21/2024 | FreshRealm, Inc. | 2,310 |
| CINTAS CORPORATION | NATIONAL FIRST AID AND SAFETY AGREEMENT | FreshRealm, Inc. | 89,937 |
| | RENTAL SERVICE AGREEMENT DATED: 02/18/2026 | FreshRealm, Inc. | |
| CIT BANK, N.A. | ADDENDUM TO INSTALLMENT PAYMENT AGREEMENT DATED: 12/13/2021 | FreshRealm, Inc. | - |
| CREATOR CUISINE, INC | PRIVATE LABEL SUPPLY AGREEMENT DATED: 04/10/2026 | FreshRealm, Inc. | - |
| CULINEX, INC. D/B/A PLATED | PRODUCTION AND FULFILLMENT AGREEMENT DATED: 08/28/2025 | FreshRealm, Inc. | - |
| CUSTOM CULINARY, INC. | COMMITMENT TO MANUFACTURE AGREEMENT #1 DATED: 5/20/2024 | FreshRealm, Inc. | - |
| | COMMITMENT TO MANUFACTURE AGREEMENT #2 DATED: 5/20/2024 | FreshRealm, Inc. | |
| | COMMITMENT TO MANUFACTURE AGREEMENT #1 DATED: 11/4/2022 | FreshRealm, Inc. | |
| | COMMITMENT TO MANUFACTURE AGREEMENT #2 DATED: 11/4/2022 | FreshRealm, Inc. | |
| | COMMITMENT TO MANUFACTURE AGREEMENT DATED: 4/8/2024 | FreshRealm, Inc. | |
| | SUPPLY AGREEMENT DATED: 6/28/2018 | FreshRealm, Inc. | |
| ECI SOFTWARE SOLUTIONS, INC. | BUSINESS CONSULTING AGREEMENT DATED: 06/27/2024 | FreshRealm, Inc. | - |
| | BUSINESS CONSULTING SERVICE AGREEMENT DATED: 03/14/2025 | FreshRealm, Inc. | |
| | CUSTOM CONSULTING ORDER FORM DATED: 02/13/2025 | FreshRealm, Inc. | |
| | CUSTOM CONSULTING ORDER FORM DATED: 12/20/2023 | FreshRealm, Inc. | |
| | DATA CONSULTING & PROJECT MANAGEMENT AGREEMENT DATED: 12/26/2023 | FreshRealm, Inc. | |
| | DEACOM SUBSCRIPTION AGREEMENT DATED: 08/10/2023 | FreshRealm, Inc. | |
| | HOSTED SERVICE OR LICENSE, MAINTENANCE AND SUPPORT AGREEMENT DATED: 04/01/2023 | FreshRealm, Inc. | |
| ECOLAB INC. | FOOD & BEVERAGE AGREEMENT DATED: 8/20/2024 | FreshRealm, Inc. | 7,495 |
| EFFI FINANCE, INC. | EQUIPMENT FINANCE AGREEMENT DATED: 10/11/2021 | FreshRealm, Inc. | 43,206 |
| ENGS COMMERCIAL FINANCE CO. | COMMERCIAL FINANCE AGREEMENT DATED: 08/12/2021 | FreshRealm, Inc. | - |
| | COMMERCIAL FINANCE AGREEMENT DATED: 11/07/2022 | FreshRealm, Inc. | |
| ESHA RESEARCH, LLC DBA TRUSTWELL | MASTER SERVICE AGREEMENT DATED: 11/15/2023 | FreshRealm, Inc. | - |
| EQUIPMENT FINANCE GROUP, LLC | EQUIPMENT LEASE #1 DATED: 07/09/2024 | FreshRealm, Inc. | 42,995 |
| | EQUIPMENT LEASE #2 DATED: 07/09/2024 | FreshRealm, Inc. | |
| | EQUIPMENT LEASE DATED: 08/16/2024 | FreshRealm, Inc. | |
| | EQUIPMENT LEASE DATED: 09/03/2024 | FreshRealm, Inc. | |
| | EQUIPMENT LEASE DATED: 09/05/2024 | FreshRealm, Inc. | |
| | EQUIPMENT LEASE DATED: 10/01/2024 | FreshRealm, Inc. | |
| | LEASE AMENDMENT B DATED: 11/01/2024 | FreshRealm, Inc. | |
| EQUIPMENT RESOURCES CORPORATION | EQUIPMENT LEASE AGREEMENT DATED: 2/23/2022 | FreshRealm, Inc. | 35,853 |
| | EQUIPMENT LEASE AGREEMENT DATED: 8/18/2022 | FreshRealm, Inc. | |
| FIDELITY CAPITAL PARTNERS, LLC | EQUIPMENT LEASE AGREEMENT DATED: 03/14/2025 | FreshRealm, Inc. | - |
| FOOD IS MEDICINE MARKETPLACE, LLC | PRODUCTION AND FULFILLMENT AGREEMENT DATED: 03/02/2026 | FreshRealm, Inc. | - |
| FP LEASING GROUP INC. D/B/A FINANCIAL PARTNERS GROUP | EQUIPMENT FINANCING AGREEMENT DATED: 12/17/2024 | FreshRealm, Inc. | - |
| | FINANCING TERM SHEET DATED: 12/16/2024 | FreshRealm, Inc. | |
| FRESHREALM IGNITE, LLC | E-COMMERCE SERVICES AGREEMENT DATED: 09/15/2025 | FreshRealm, Inc. | 10,102 |
| | LETTER AGREEMENT DATED: 09/15/2025 | FreshRealm, Inc. | |
| | LICENSING AGREEMENT DATED: 09/15/2025 | FreshRealm, Inc. | |
| | PERSONNEL SERVICES AGREEMENT DATED: 09/15/2025 | FreshRealm, Inc. | |
| | PRODUCTION AND FULFILLMENT AGREEMENT DATED: 09/15/2025 | FreshRealm, Inc. | |
| | SUBSCRIPTION AGREEMENT DATED: 09/15/2025 | FreshRealm, Inc. | |
| FRESHWORKS INC. | MAIN SERVICES AGREEMENT DATED: 12/31/2025 | FreshRealm, Inc. | 52,694 |
| FSNS CERTIFICATION & AUDIT, LLC. | BRCGS SERVICE AGREEMENT DATED: 02/18/2026 | FreshRealm, Inc. | - |
| GITHUB, INC. | WAREHOUSE MANAGEMENT SOFTWARE AGREEMENT DATED: 06/09/2023 | FreshRealm, Inc. | - |
| GREEN IRONY, LLC | STATEMENT OF WORK DATED: 07/01/2024 | FreshRealm, Inc. | 21,420 |
| GUIDEPATH CONSULTING, LLC | CONSULTING SERVICES AGREEMENT DATED: 12/11/2024 | FreshRealm, Inc. | - |
| | STATEMENT OF WORK DATED: 11/15/2024 | FreshRealm, Inc. | |
| HALIBURTON INTERNATIONAL FOODS, INC. | CONTRACT OF SALE DATED: 04/02/2025 | FreshRealm, Inc. | - |
| HUNTINGTON FINANCIAL | FINANCING TERM SHEET DATED: 12/16/2024 | FreshRealm, Inc. | - |
| INTELLETRACE, INC. | INTERNET SERVICES ORDER DATED: 10/17/2024 | FreshRealm, Inc. | 5,173 |
| | INTERNET SERVICES ORDER DATED: 11/14/2024 | FreshRealm, Inc. | |
| INTERNATIONAL FINANCIAL SERVICES CORPORATION | EQUIPMENT FINANCE AGREEMENT DATED: 06/13/2023 | FreshRealm, Inc. | 33,213 |
| | EQUIPMENT FINANCE AGREEMENT NO. 2923773 DATED: 09/15/2022 | FreshRealm, Inc. | |
| | EQUIPMENT FINANCE AGREEMENT NO. 2951690 DATED: 06/15/2023 | FreshRealm, Inc. | |
| | EQUIPMENT FINANCE AGREEMENT NO. 3090516 DATED: 07/24/2024 | FreshRealm, Inc. | |
| | FINANCE AGREEMENT #22-165-02 DATED: 09/30/2022 | FreshRealm, Inc. | |
| JAIN FARMFRESH FOODS, INC. DBA WHITE OAK FROZEN FOODS | SUPPLY AND PURCHASE AGREEMENT DATED: 04/01/2025 | FreshRealm, Inc. | - |
| LIDD CONSULTANTS INC. | INDEPENDENT CONTRACTOR AGREEMENT DATED: 01/06/2025 | FreshRealm, Inc. | 10,000 |
| M2 EQUIPMENT FINANCE LLC | EQUIPMENT FINANCE AGREEMENT DATED: 10/22/2022 | FreshRealm, Inc. | - |
| MEDIUS SOFTWARE, INC. | AMENDMENT ORDER FORM DATED: 08/01/2025 | FreshRealm, Inc. | 74,760 |
| | IMPLEMENTATION SERVICES AGREEMENT DATED: 07/15/2025 | FreshRealm, Inc. | |
| MERCURYGATE INTERNATIONAL, INC. | CHANGE ORDER 01 DATED: 04/17/2023 | FreshRealm, Inc. | - |
| | SOFTWARE SUBSCRIPTION AGREEMENT DATED: 04/17/2023 | FreshRealm, Inc. | |
| | STATEMENT OF WORK DATED: 04/17/2023 | FreshRealm, Inc. | |
| MERIDIAN EQUIPMENT FINANCE LLC | EQUIPMENT FINANCE AGREEMENT NO. 107314.001 DATED: 04/28/2021 | FreshRealm, Inc. | - |
| MITSUBISHI HC CAPITAL AMERICA, INC | EQUIPMENT FINANCE AGREEMENT NO.7713600-001 DATED: 09/29/2022 | FreshRealm, Inc. | 22,222 |
| | EQUIPMENT FINANCE AGREEMENT NO.7713600-001 DATED: 09/30/2022 | FreshRealm, Inc. | |
| MONDAY.COM, INC. | ENTERPRISE AGREEMENT DATED 12/6/2024 | FreshRealm, Inc. | 94,106 |
| MOMENTUM COMMERCIAL FUNDING, LLC | EQUIPMENT LEASE AGREEMENT NO. 10432 | FreshRealm, Inc. | - |
| MYRIAD360, LLC | AZURE CONSULTING SERVICE AGREEMENT DATED: 06/12/2024 | FreshRealm, Inc. | 393,261 |
| NAVITAS CREDIT CORP. | EQUIPMENT FINANCE AGREEMENT L-21183 DATED: 08/21/2021 | FreshRealm, Inc. | 16,060 |
| | EQUIPMENT FINANCE AGREEMENT NO. 41300235 DATED: 07/22/2024 | FreshRealm, Inc. | |

**FreshRealm, Inc. et al.**
**Assumption and Cure Schedule**

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| NIPPON INDUSTRIES, INC. | AGREEMENT FOR SOURCING INGREDIENTS AND RAW MATERIALS DATED: 07/31/2024 | FreshRealm, Inc. | 93,302 |
| N.J. MALIN & ASSOCIATES, LLC | EQUIPMENT LEASE AGREEMENT DATED: 02/15/2024 | FreshRealm, Inc. | - |
| | EQUIPMENT LEASE AGREEMENT DATED: 08/16/2024 | FreshRealm, Inc. | |
| | EQUIPMENT MASTER LEASE AGREEMENT DATED: 08/16/2024 | FreshRealm, Inc. | |
| | MASTER LEASE AGREEMENT DATED: 08/16/2024 | FreshRealm, Inc. | |
| | SCHEDULE A TO MASTER LEASE AGREEMENT DATED: 08/16/2024 | FreshRealm, Inc. | |
| NUTRITION FOR LONGEVITY INC. | PRODUCTION AND FULFILLMENT AGREEMENT DATED: 05/30/2025 | FreshRealm, Inc. | - |
| OPSENSE | SUBSCRIPTION AGREEMENT DATED: 01/22/2023 | FreshRealm, Inc. | - |
| | SUBSCRIPTION AGREEMENT DATED: 05/10/2024 | FreshRealm, Inc. | |
| | SUBSCRIPTION AGREEMENT DATED: 08/08/2024 | FreshRealm, Inc. | |
| ORACLE AMERICA, INC. | FIXED PRICE STATEMENT OF WORK DATED: 02/28/2025 | FreshRealm, Inc. | 24,638 |
| | NETSUITE IMPLEMENTATION SERVICES AGREEMENT DATED: 02/28/2025 | FreshRealm, Inc. | |
| | SUITEANALYTICS CONNECT DRIVERS END USER LICENSE AGREEMENT DATED: 12/20/2024 | FreshRealm, Inc. | |
| ORDERGRID INC. | ADDENDUM TO SERVICES AGREEMENT DATED: 02/10/2023 | FreshRealm, Inc. | - |
| | SECOND ADDENDUM TO SERVICES AGREEMENT #1 DATED: 01/12/2025 | FreshRealm, Inc. | |
| | SECOND ADDENDUM TO SERVICES AGREEMENT #2 DATED: 01/12/2025 | FreshRealm, Inc. | |
| | SERVICES AGREEMENT DATED: 01/12/2023 | FreshRealm, Inc. | |
| ORKIN COMMERCIAL SERVICES | INTEGRATED PEST MANAGEMENT (IPM) CONTRACT | FreshRealm, Inc. | 2,682 |
| | STATEMENT OF WORK DATED: 09/15/2021 | FreshRealm, Inc. | |
| PERFORMANCE KITCHEN, PBC | PRODUCTION AND FULFILLMENT AGREEMENT DATED: 03/02/2026 | FreshRealm, Inc. | - |
| RAYMOND HANDLING CONCEPTS | EQUIPMENT LEASE AGREEMENT NO. 411863 DATED: 03/29/2023 | FreshRealm, Inc. | - |
| | EQUIPMENT LEASE AGREEMENT NO. 411864 DATED: 03/29/2023 | FreshRealm, Inc. | |
| RAYMOND OF NEW JERSEY, LLC | EQUIPMENT MASTER LEASE AGREEMENT (S/N: 520-15-04397) DATED: 02/16/2023 | FreshRealm, Inc. | - |
| RICOH USA, INC | EQUIPMENT REMOVAL/BUYOUT AUTHORIZATION DATED: 04/01/2024 | FreshRealm, Inc. | 103,483 |
| RK ENVIRONMENTAL SERVICES, LLC | INTEGRATED PEST MANAGEMENT SITE APPRAISAL DATED: 05/17/2021 | FreshRealm, Inc. | 9,077 |
| SAFETYCHAIN SOFTWARE, INC | ADDENDUM TO MASTER SERVICES AGREEMENT DATED: 8/31/2024 | FreshRealm, Inc. | - |
| | MASTER SERVICES AGREEMENT DATED: 8/17/2018 | FreshRealm, Inc. | |
| SAINERGY INCOPORATED | INDEPENDENT CONTRACTOR AGREEMENT | FreshRealm, Inc. | - |
| SALESFORCE, INC | INTEGRATION AND SERVICES AGREEMENT DATED: 06/24/2024 | FreshRealm, Inc. | 3,050 |
| SAP AMERICA, INC | SERVICE AMENDMENT DATED 8/14/2025 | FreshRealm, Inc. | 142,372 |
| | SERVICE AMENDMENT DATED 6/30/2025 | FreshRealm, Inc. | |
| | ADDITIONAL CLOUD SERVICES AND AMENDMENT DATED 8/17/2025 | FreshRealm, Inc. | |
| | CLOUD SERVICE AND SUPPORT AGREEMENT DATED 3/5/2025 | FreshRealm, Inc. | |
| SCOUT COLD STORAGE LANCASTER, LP | APPROVAL LETTER DATED: 01/23/2024 | FreshRealm, Inc. | 28,114 |
| | CHANGE ORDER & INVOICE DATED: 03/28/2024 | FreshRealm, Inc. | |
| | CHANGE ORDER 003 DATED: 02/08/2024 | FreshRealm, Inc. | |
| | CHANGE ORDER 004 DATED: 03/14/2024 | FreshRealm, Inc. | |
| | CHANGE ORDER 005 DATED: 06/04/2024 | FreshRealm, Inc. | |
| | CHANGE ORDER 006 DATED: 08/03/2024 | FreshRealm, Inc. | |
| | FIRST AMENDMENT TO LEASE AGREEMENT DATED: 07/12/2023 | FreshRealm, Inc. | |
| | FOURTH AMENDMENT TO LEASE AGREEMENT DATED: 01/24/2025 | FreshRealm, Inc. | |
| | LEASE AGREEMENT DATED: 03/23/2023 | FreshRealm, Inc. | |
| | SECOND AMENDMENT TO LEASE AGREEMENT DATED: 01/12/2024 | FreshRealm, Inc. | |
| | THIRD AMENDMENT TO LEASE AGREEMENT DATED: 08/01/2024 | FreshRealm, Inc. | |
| SERVICEMASTER A PLUS CLEAN | CLEANING AND SANITATION SERVICES AGREEMENT | FreshRealm, Inc. | 69,540 |
| SHI INTERNATIONAL CORP. | SOFTWARE SERVICE AND MAINTENANCE AGREEEMENT | FreshRealm, Inc. | 37,068 |
| SPS COMMERCE, INC. | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED: 07/17/2025 | FreshRealm, Inc. | 25,113 |
| | FULFILLMENT SUBSCRIPTION AGREEMENT | FreshRealm, Inc. | |
| | SAP SETUP, FULFILLMENT, AND SUPPORT AGREEMENT DATED: 11/14/2025 | FreshRealm, Inc. | |
| STRATEGIQ COMMERCE LLC | MASTER SERVICES AGREEMENT DATED: 3/14/2016 | FreshRealm, Inc. | 107,363 |
| TRACEGAINS, INC | AGREEMENT & SERVICE ORDER #4 DATED: 08/08/2025 | FreshRealm, Inc. | 2,462 |
| TWINGATE, INC | ENTERPRISE AGREEMENT DATED 3/28/2024 | FreshRealm, Inc. | 4,089 |
| | ENTERPRISE AGREEMENT DATED 02/03/2025 | FreshRealm, Inc. | |
| UTILITY TELECOM GROUP, LLC | VOICE AND INTERNET SERVICE AGREEMENT DATED: 05/30/2024 | FreshRealm, Inc. | 681 |
| WELLS FARGO BANK, N.A. | LEASE AGREEMENT DATED: 05/16/2022 | FreshRealm, Inc. | 14,617 |
| WESTERNACHER & PARTNER CONSULTING, INC. | MASTER SERVICES AGREEMENT DATED: 11/18/2024 | FreshRealm, Inc. | - |
| | STATEMENT OF WORK DATED: 11/18/2024 | FreshRealm, Inc. | |
| ZENDESK, INC. | MAIN SERVICES AGREEMENT DATED: 10/31/2024 | FreshRealm, Inc. | 36,864 |
| | SERVICE ORDER AGREEMENT DATED 10/31/2024 | FreshRealm, Inc. | |
| ZOHO CORPORATION | MASTER SUBSCRIPTION AGREEMENT DATED: JUNE 2024 | FreshRealm, Inc. | - |