## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2026, a copy of the foregoing *Limited Objection of Scout Cold Storage Lancaster, LP to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* was served on all parties receiving CM/ECF notices in this case.

         */s/ Stuart M. Brown*
         Stuart M. Brown