**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRESHREALM, INC., *et al.*,[1] | Case No. 26-14656 (MEH) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 21, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto **Exhibit A**:

- Notice of Amended Agenda of Matters Scheduled to be Heard on May 21, 2026 at 2:00 p.m. (ET) [Docket No. 148] (the "*Amended Agenda Notice*")

- Omnibus Certification of No Objection [Docket No. 150] (the "*Omnibus CNO*")

- Second Notice of Revised Proposed Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief [Docket No. 151] (the "*Second Revised Proposed Order Notice*")

On May 21, 2026, at my direction and under my supervision, employees of Kroll caused the Amended Agenda Notice via email on (1) Frank M. Gargiulo & Son, Inc. T/A/ Gargiulo Produce (ADRID: 31319641) jklinowski@aglawyer.com, JP Morgan Chase Bank, N.A., (ADRID: 31226140) richard.j.tico@jpmorgan.com and (2) on the list of parties attached hereto as **Exhibit B**, **Exhibit C**, **Exhibit D**, **Exhibit E**, **Exhibit F**, **Exhibit G**, and **Exhibit H**.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: FreshRealm, Inc. (8505); FreshRealm Holdings, Inc. (1563); IHEC, LLC (8728); FreshRealm HR, LLC (7221); and FreshRealm Texas, LLC (8263). The location of FreshRealm, Inc.'s principal place of business and service address is: 901 W Linden Ave, Linden, NJ 07036.

On May 21, 2026, at my direction and under my supervision, employees of Kroll caused the Omnibus CNO to be served via email on (1) JP Morgan Chase Bank, N.A., (ADRID: 31226140) richard.j.tico@jpmorgan.com and (2) the list of parties attached hereto as **Exhibit B**, **Exhibit D**, **Exhibit G**, and **Exhibit H**.

On May 21, 2026, at my direction and under my supervision, employees of Kroll caused the Second Revised Proposed Order Notice to be served via email on (1) JP Morgan Chase Bank, N.A., (ADRID: 31226140) richard.j.tico@jpmorgan.com and (2) the list of parties attached hereto as **Exhibit C**.

Dated: June 2, 2026

*/s/ Eladio Perez*
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 2, 2026, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 96475

**Exhibit A**

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO 2900 N MACARTHUR DR, LLC (THE "LANDLORD") | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN: IVAN M. GOLD, ESQ. | IGOLD@ALLENMATKINS.COM |
| COUNSEL TO PACA TRUST BENEFICIARIES/CREDITORS PRODUCE ALLIANCE, LLC, ROYAL FRESH CUTS, LLC, THE PRODUCE EXCHANGE, INC., THE THOMAS COLACE COMPANY, INC., JOHN VENA, INC., BABE FARMS SPECIALTIES, INC., COASTAL SUNBELT PRODUCE, LLC, MAMA MIA PRODUCE, LLC, AND S. KATZMAN PRODUCE, INC., VICE PRODUCE EXCHANGE LLC, URBAN LEAF CO. D/B/A THE PRODUCE COMPANY | ARSENEAULT & FASSETT, LLC | ATTN: DAVID W. FASSETT | FASSETT@AF-LAWFIRM.COM |
| COUNSEL TO AMERISAN, LLC | ASHFORD - SCHAEL, LLC | ATTN: COURTNEY A. SCHAEL, ESQ. | CSCHAEL@ASHFORDNJLAW.COM |
| COUNSEL TO OCEAN ENTERPRISES, LLC DBA OCEAN WORLD VENTURES, LLC, LASERSHIP, INC. DBA ONTRAC FINAL MILE | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI; JENNIFER R. HOOVER | KCAPUZZI@BENESCHLAW.COM JHOOVER@BENESCHLAW.COM |
| COUNSEL TO FRANK M. GARGIULO & SON, INC. T/A GARGIULO PRODUCE | BRACH EICHLER, LLC | ATTN: ANTHONY M. RAINONE, ESQ. | ARAINONE@BRACHEICHLER.COM |
| COUNSEL TO DELUXE STAFFING LIMITED/DELUXE SERVICES USA INC. | CERTILMAN BALIN ADLER & HYMAN, LLP. | ATTN: THOMAS J. MONROE, ESQ. | TMONROE@CERTILMANBALIN.COM |
| COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, RYAN T. JARECK, DANIEL J. HARRIS, MATTEO PERCONTINO | MSIROTA@COLESCHOTZ.COM WUSATINE@COLESCHOTZ.COM RJARECK@COLESCHOTZ.COM DHARRIS@COLESCHOTZ.COM MPERCONTINO@COLESCHOTZ.COM |
| COUNSEL TO JILL FRIZZLEY AND CHARLES PIPER, SOLELY IN THEIR CAPACITIES AS INDEPENDENT DIRECTORS OF FRESHREALM, INC. | DUANE MORRIS LLP | ATTN: JESSICA KENNEY BONTEQUE, ESQ., BRAD LENOX, ESQ. | JBONTEQUE@DUANEMORRIS.COM BLENOX@DUANEMORRIS.COM |
| COUNSEL TO JILL FRIZZLEY AND CHARLES PIPER, SOLELY IN THEIR CAPACITIES AS INDEPENDENT DIRECTORS OF FRESHREALM, INC. | DUANE MORRIS LLP | ATTN: MORRIS S. BAUER, ESQ | MSBAUER@DUANEMORRIS.COM |
| COUNSEL TO CRE PROVENDER INDIANAPOLIS, LLC | FBT GIBBONS LLP | ATTN: JOHN S. MAIRO | JMAIRO@FBTGIBBONS.COM |
| COUNSEL TO CRE PROVENDER INDIANAPOLIS, LLC | FBT GIBBONS LLP | ATTN: RONALD E. GOLD | RGOLD@FBTGIBBONS.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FOX ROTHSCHILD LLP | ATTN: JOSEPH J. DIPASQUALE, ESQUIRE, MICHAEL R. HERZ, ESQUIRE, AGOSTINO A. ZAMMIELLO, ESQUIRE | JDIPASQUALE@FOXROTHSCHILD.COM MHERZ@FOXROTHSCHILD.COM AZAMMIELLO@FOXROTHSCHILD.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FOX ROTHSCHILD LLP | ATTN: WILLIAM H. STASSEN, ESQUIRE, JESSE M. HARRIS, ESQUIRE | WSTASSEN@FOXROTHSCHILD.COM JESSEHARRIS@FOXROTHSCHILD.COM |
| COUNSEL TO CREDITOR ELEVATED RESOURCES, INC. | GOE FORSYTHE & HODGES LLP | ATTN: MARC C. FORSYTHE | MFORSYTHE@GOEFORLAW.COM |
| COUNSEL TO LEAF CAPITAL FUNDING, LLC | GOETZ PLATZER LLP | ATTN: TERESA SADUTTO-CARLEY, ESQ. | TSADUTTO@GOETZPLATZER.COM |
| COUNSEL TO LEAF CAPITAL FUNDING, LLC | GOETZ PLATZER LLP | ATTN: TERESA SADUTTO-CARLEY, ESQ. | TSADUTTO@GOETZPLATZER.COM |
| GUAM ATTORNEY GENERAL | GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DBMOYLAN@OAGGUAM.ORG ADMINISTRATION@OAGGUAM.ORG |
| COUNSEL TO BIRCH GROVE INVESTMENTS LLC AND BGC LENDER REP LLC | HERBERT SMITH FREEHILLS KRAMER (US) LLP | ATTN: ROBERT T. SCHMIDT, ANDREW CITRON, NATAN HAMERMAN, JENNIFER R. SHARRET | ROBERT.SCHMIDT@HSFKRAMER.COM ANDREW.CITRON@HSFKRAMER.COM NATAN.HAMERMAN@HSFKRAMER.COM JENNIFER.SHARRET@HSFKRAMER.COM |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO 2900 N MACARTHUR DR, LLC (THE "LANDLORD") | KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, ESQ., CONNIE Y. CHOE, ESQ. | RLEHANE@KELLEYDRYE.COM CCHOE@KELLEYDRYE.COM |
| COUNSEL TO FARANORD (US) III PTE LTD | KIRKLAND & ELLIS LLP | ATTN: CHRISTOPHER MARCUS, JORDAN D. ROBERTS, JESS LEPPER, CHARLES H. MARTIN, KELLY MEYER | CMARCUS@KIRKLAND.COM JORDAN.ROBERTS@KIRKLAND.COM JESS.LEPPER@KIRKLAND.COM CHARLES.MARTIN@KIRKLAND.COM KELLY.MEYER@KIRKLAND.COM |
| COUNSEL TO FARANORD (US) IV PTE LTD, AS DIP LENDER | KIRKLAND & ELLIS LLP | ATTN: CHRISTOPHER MARCUS, P.C. | CHRISTOPHER.MARCUS@KIRKLAND.COM |
| COUNSEL TO FARANORD (US) IV PTE LTD, AS DIP LENDER | KIRKLAND & ELLIS LLP | ATTN: KELLY MEYER, ESQ. | KELLY.MEYER@KIRKLAND.COM |
| COUNSEL TO BLUE APRON, LLC | LATHAM & WATKINS, LLP | ATTN: ADAM RAVIN, ESQ. | ADAM.RAVIN@LW.COM |
| COUNSEL TO BLUE APRON, LLC | LATHAM & WATKINS, LLP | ATTN: ANDREW SORKIN, ESQ | ANDREW.SORKIN@LW.COM |
| COUNSEL TO SANJAY PALLETS, INC. | LAW OFFICE OF ERIC J. WARNER, LLC | ATTN: ERIC J. WARNER, ESQ. | ERIC@EJWLAWFIRM.COM |
| COUNSEL TO DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO BLUE APRON, LLC | LOWENSTEIN SANDLER LLP | ATTN: ERIC S. CHAFETZ, ESQ, COLLEEN M. RESTEL, ESQ | ECHAFETZ@LOWENSTEIN.COM CRESTEL@LOWENSTEIN.COM |
| COUNSEL TO PACA TRUST BENEFICIARIES/CREDITORS PRODUCE ALLIANCE, LLC, ROYAL FRESH CUTS, LLC, THE PRODUCE EXCHANGE, INC., THE THOMAS COLACE COMPANY, INC., JOHN VENA, INC., BABE FARMS SPECIALTIES, INC., COASTAL SUNBELT PRODUCE, LLC, MAMA MIA PRODUCE, LLC, AND S. KATZMAN PRODUCE, INC., URBAN LEAF CO D/B/A THE PRODUCE COMPANY | McCARRON & DIESS | ATTN: MARY JEAN FASSETT | MJF@MCCARRONLAW.COM |
| COUNSEL TO FARANORD (US) IV PTE LTD, AS DIP LENDER | MCCARTER & ENGLISH, LLP | ATTN: JEFFREY T. TESTA, ESQ. | JTESTA@MCCARTER.COM |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ., DAVID GERARDI, ESQ. | FRAN.B.STEELE@USDOJ.GOV DAVID.GERARDI@USDOJ.GOV |
| COUNSEL TO MISFITS MARKET, INC. | ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: MICHAEL TRENTIN, ESQ, LAURA METZGER, ESQ. | MTRENTIN@ORRICK.COM LMETZGER@ORRICK.COM |
| COUNSEL TO MMM CONSUMER BRANDS INC. | SAIBER LLC | ATTN: JOHN M. AUGUST, ESQ. | JAUGUST@SAIBER.COM |
| COUNSEL TO BIRCH GROVE INVESTMENTS LLC AND BGC LENDER REP LLC | SILLS CUMMIS & GROSS P.C. | ATTN: ANDREW SHERMAN, BORIS MANKOVETSKIY, GREGORY A. KOPACZ | ASHERMAN@SILLSCUMMIS.COM BMANKOVETSKIY@SILLSCUMMIS.COM GKOPACZ@SILLSCUMMIS.COM |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WEBMASTER@ATG.STATE.IL.US |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WEBTEAM@AG.IOWA.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@OAG.STATE.MD.US |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: JAMES M.C. MCHALE, ASSISTANT ATTORNEY GENERAL | JMCHALE@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | NDAG@ND.GOV |
| STATE OR OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | UAG@UTAH.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER@WVAGO.GOV |
| COUNSEL TO D&A DEALS, LLC | TARTER KRINSKY & DROGIN LLP | ATTN: MICHAEL MEDVED, ESQ., DAVID WANDER, ESQ., JACK MANCHESTER, ESQ. | MMEDVED@TARTERKRINSKY.COM DWANDER@TARTERKRINSKY.COM JMANCHESTER@TARTERKRINSKY.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@DC.GOV |

**<u>Exhibit B</u>**

Exhibit B

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226141 | AIG | IR@AIG.COM |
| 31226397 | AMB LIBERTY LOGISTICS CENTER LLC | INFO@AMBLOGISTIC.US |
| 31226142 | AXIS INSURANCE COMPANY | DPO@AXISCAPITAL.COM |
| 31226143 | BERKLEY ASSURANCE COMPANY | SERVICE@BERKLEYNET.COM |
| 31226144 | CHUBB INSURANCE | CHUBBCSC@CHUBB.COM, CUSTOMERCARE@CHUBB.COM |
| 31226145 | CRC/RLI | NEW.CLAIM@RLICORP.COM |
| 31226146 | CRUM & FORSTER SPECIALTY INSURANCE | CRUMANDFORSTERNOL@CFINS.COM, CONTACT.US@CFINS.COM |
| 31226147 | DUAL INSURANCE | SUPPORT@DUALINSURANCE.COM |
| 31226148 | ENDURANCE | CANCELLATIONS@ENDURANCEDS.COM |
| 31226399 | FIRST INSURANCE FUNDING, INC | CSR@FIRSTINSURANCEFUNDING.COM |
| 31226149 | GENERAL STAR INDEMNITY | GSTARCLAIMS@GENERALSTAR.COM, GSTARPROPERTYCLAIMS@GENERALSTAR.COM |
| 31226150 | GREAT AMERICAN RISK SOLUTIONS SURPLUS LINES INSURANCE CO. | GARSCLAIMS@GAIG.COM |
| 31226151 | LLOYD'S OF LONDON | ENQUIRIES@LLOYDS.COM |
| 31226152 | MUNICH RE GROUP - BRIDGEWAY INS CO | CLMSINS@MUNICHREAMERICA.COM, DGREEN@MUNICHRE.COM |
| 31226153 | MUNICH RE GROUP - LLOYDS OF LONDON | COMPLAINTS@LLOYDS.COM, COMPLAINTS@MUNICHRE.COM, ENQUIRIES@LLOYDS.COM |
| 31226154 | OLD REPUBLIC INSURANCE | CUSTOMERSERVICE@ORIAS.COM, ADMINTEAM@ORIAS.COM |
| 31226155 | RSUI GROUP | INFO@RSUI.COM, CREDENTIALING@RSUI.COM |
| 31226400 | SCOUT COLD STORAGE LANCASTER, LP | INFO@SCOUTCOLD.COM |
| 31226156 | STARR INSURANCE | CUSTOMERCARE.PH@STARRCOMPANIES.COM |
| 31226157 | SWISS RE CORPORATE SOLUTIONS CAPACITY | CLAIMSANZ_CORPORATESOLUTIONS@SWISSRE.COM |
| 31226249 | TRAVELERS INSURANCE | FIRST.REPORT@TRAVELERS.COM |
| 31226159 | UPLAND SPECIALTY INSURANCE COMPANY | INFO@UPLANDCAPGROUP.COM, BZIPOY@UPLANDCAPGROUP.COM |
| 31226160 | WESTCHESTER SURPLUS LINES INSURANCE CO | LOSSRUNS@WESTCHESTER.COM |

In re: FreshRealm, Inc., *et al.*

Case No. 26-14656 (MEH)

Exhibit B

| ADDRESSID | NAME | EMAIL |
|-----------|------|-------|
| 31226250 | WOODRUFF SAWYER | CARRIERDOCS@WOODRUFFSAWYER.COM |

**Exhibit C**

Exhibit C

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226311 | AMERICAN PACKING CAPITAL INC | AMPAC@MYAMPAC.COM, CREDIT@MYAMPAC.COM |
| 31226352 | BAYCAP LLC | INFO@BAYCAP.NET, INFO@BAYCAP.NET |
| 31226388 | BGC LENDER REP LLC | INFO@BGCPARTNERS.COM |
| 31226350 | BLUE BRIDGE FINANCIAL INC | INFO@BLUEBRIDGEFINANCIAL.COM, SALES@BLUEBRIDGEFINANCIAL.COM |
| 31226379 | C T CORPORATION SYSTEM AS REPRESENTATIVE | FSS-BANKRUPTCY@WOLTERSKLUWER.COM, FSS-BANKRUPTCY@WOLTERSKLUWER.COM |
| 31226370 | CANON FINANCIAL SERVICES INC | CONTACT@CFS.CANON.COM, MTAFILOWSKI@CFS.CANON.COM |
| 31226327 | CIT BANK NA | STACEYRGRAY@AOL.COM |
| 31226328 | CORPORATION SERVICE COMPANY AS REPRESENTATIVE | JOANNE.SMITH@CSCGLOBAL.COM |
| 31226349 | ENGS COMMERCIAL FINANCE CO | SALES@ENGSFINANCE.COM, JFEINSTEIN@MHCCNA.COM |
| 31226359 | EQUIPMENT FINANCE GROUP LLC | INFO@EFGLLC.COM |
| 31226326 | FIRST CORPORATE SOLUTIONS AS REPRESENTATIVE | RASERVICES@FICOSO.COM, INFO@FICOSO.COM, RICH.AHRENS@FICOSO.COM |
| 31226339 | FIRST-CITIZENS BANK & TRUST COMPANY | JEFF.HADEN@FIRSTCITIZENS.COM |
| 31226356 | HYG FINANCIAL SERVICES INC | HYGFINANCIAL@MYLEASINGSOURCE.COM, RAYMOND.MCINTYRE@WELLSFARGO.COM |
| 31226345 | INTERNATIONAL FINANCIAL SERVICES CORPORATION | INFO@IFSC.COM |
| 31226308 | LEAF CAPITAL FUNDING LLC | INFO@LEAFNOW.COM, LLEOR@LEAFNOW.COM |
| 31226336 | M&T BANK CORPORATION | OFFICEOFTHEPRESIDENT@MTB.COM, WANDRUS@MTB.COM |
| 31226348 | M2 EQUIPMENT FINANCE LLC | INFO@M2EQUIPMENTFINANCE.COM, RLONG@M2EQUIPMENTFINANCE.COM |
| 31226320 | MIDLAND STATES BANK | MSB@OAO.MIDLANDSB.COM |
| 31226347 | MITSUBISHI HC CAPITAL AMERICA INC | CPAGANO@MHCCNA.COM, CPAVLISCAK@MHCCNA.COM, JFEINSTEIN@MHCCNA.COM |
| 31226314 | NAVITAS CREDIT CORP | INFO@NAVITASCREDIT.COM, SALES@NAVITASCREDIT.COM, SERVICINGADMIN@NAVITASCREDIT.COM |
| 31226342 | NEXTGEN EQUIPMENT FINANCE LLC | SUPPORT@NEXTGENTEAM.COM |
| 31226338 | NFS LEASING INC | INFO@NFSCAPITAL.COM, LEGAL@NFSLEASING.COM |
| 31226332 | ONPOINT CAPITAL LLC | SUPPORT@NEXTGENTEAM.COM |

Exhibit C

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226333 | PRIME ALLIANCE BANK INC | CUSTOMERSERVICE@PRIMEALLIANCE.BANK, MICHAEL@PRIMEALLIANCEBANK.COM |
| 31226319 | PROSEAL AMERICA INC | PRIVACY@JBTC.COM, PROSEALAMERICA@JBTC.COM |
| 31226365 | RAYMOND LEASING CORPORATION | CUSTOMER.FIRST@RAYMONDCORP.COM, RLCUSTSERV@RAYMONDCORP.COM, SCOTT.BARTH@RAYMONDCORP.COM |
| 31226312 | THE HUNTINGTON NATIONAL BANK | INTERNATIONAL@HUNTINGTON.COM, JORDAN.A.SHAMBLOTT@FINANCEDIV.COM |
| 31226366 | WELLS FARGO BANK NA | SBLC-NEW@WELLSFARGO.COM, WFFBANKRUPTCY@WELLSFARGO.COM |

**Exhibit D**

Exhibit D

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226161 | ALABAMA DEPARTMENT OF REVENUE | ONESPOT@REVENUE.ALABAMA.GOV |
| 31226252 | ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION | GINA.BURTON@DFA.ARKANSAS.GOV, WEBSUPPORT@DFA.ARKANSAS.GOV, TECH.SUPPORT@DFA.ARKANSAS.GOV |
| 31226163 | CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE MEAT, POULTRY BRANCH | CDFA.MPES_FEEDBACK@CDFA.CA.GOV |
| 31226164 | CITY OF LINDEN BOARD OF HEALTH | HEALTH@LINDEN-NJ.GOV |
| 31226165 | CITY OF TRACY | ATTORNEY@CITYOFTRACY.ORG, CITYCLERK@CITYOFTRACY.ORG, MAIN-DES@CITYOFTRACY.ORG |
| 31226253 | COLORADO DEPARTMENT OF REVENUE | DOR_TAC_BANKRUPTCY@STATE.CO.US |
| 31226167 | COMPTROLLER OF MARYLAND | BROOKE@MARYLANDTAXES.GOV |
| 31226168 | CONNECTICUT DEPARTMENT OF REVENUE SERVICES | DRS@CT.GOV |
| 31226170 | COUNTY OF ORANGE TREASURER - TAX COLLECTOR | ASKTAXCOLLECTOR@OCTREASURER.GOV, PC@OCTREASURER.GOV, BK@OCTREASURER.GOV |
| 31226171 | DALLAS COUNTY TAX OFFICE | REGISTRATIONSTOGO@DALLASCOUNTY.ORG |
| 31226172 | DELAWARE DIVISION OF CORPORATIONS | CORP@DELAWARE.GOV |
| 31226173 | DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE | E-SERVICES.OTR@DC.GOV, COMPLIANCE@DC.GOV, TAXPAYERADVOCATE@DC.GOV |
| 31226174 | FLORIDA DEPARTMENT OF REVENUE | DOROTA@FLORIDAREVENUE.COM |
| 31226257 | FRANCHISE TAX BOARD | FTBCCBT@FTB.CA.GOV |
| 31226176 | GEORGIA DEPARTMENT OF REVENUE | DOR.BENEFITS@DOR.GA.GOV, BANKRUPTCY.NOTICES@DOR.GA.GOV, OGC@DOR.GEORGIA.GOV |
| 31226259 | IDAHO STATE TAX COMMISSION | EFT@TAX.IDAHO.GOV |
| 31226178 | IDAHO STATE TAX COMMISSION | TAXComplianceCOBBankruptcy@tax.idaho.gov |
| 31226260 | ILLINOIS DEPARTMENT OF REVENUE | REV.LOCALTAX@ILLINOIS.GOV |
| 31226180 | INDIANA DEPARTMENT OF REVENUE | INFO@DOR.IN.GOV |
| 31226181 | INTERNAL REVENUE SERVICE | TAS.INTERNATIONAL@IRS.GOV |
| 31226182 | IOWA DEPARTMENT OF REVENUE | TREASURER@TOS.IOWA.GOV |
| 31226183 | KANSAS DEPARTMENT OF REVENUE | KDOR_INCOMEESERV@KS.GOV |

In re: FreshRealm, Inc., *et al.*

Case No. 26-14656 (MEH)

Exhibit D

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226262 | KENTUCKY DEPARTMENT OF REVENUE | REVENUE@LEXINGTONKY.GOV |
| 31226185 | LOUISIANA DEPARTMENT OF REVENUE | BUSINESS.TAX@LA.GOV |
| 31226264 | MACON COUNTY ASSESSOR | ASSESSOR@MACONCOUNTYMO.GOV |
| 31226187 | MAINE REVENUE SERVICES | PROP.TAX@MAINE.GOV |
| 31226266 | MARION COUNTY TREASURER | MYTAXES@INDY.GOV |
| 31226189 | MASSACHUSETTS DEPARTMENT OF REVENUE | DLSWEBCONTACTS@DOR.STATE.MA.US, PROHELP@DOR.STATE.MA.US, CSSGEN@DOR.STATE.MA.US |
| 31226268 | MICHIGAN DEPARTMENT OF TREASURY | MISTATETREASURER@MICHIGAN.GOV, CG-QUESTIONS@MICHIGAN.GOV, STATE-TAX-COMMISSION@MICHIGAN.GOV |
| 31226191 | MINNESOTA DEPARTMENT OF REVENUE | MDOR.COLLECTION@STATE.MN.US |
| 31226192 | MISSISSIPPI DEPARTMENT OF REVENUE | CUSTOMERSERVICE@DOR.MS.GOV |
| 31226193 | MISSOURI DEPARTMENT OF REVENUE | DLBMAIL@DOR.MO.GOV |
| 31226194 | NEBRASKA DEPARTMENT OF REVENUE | REV.BNC@NEBRASKA.GOV |
| 31226195 | NEVADA DEPARTMENT OF TAXATION | TAXDIVERSITY@TAX.STATE.NV.US |
| 31226196 | NEW JERSEY DIVISION OF TAXATION | TAXATION.CLU@TREAS.NJ.GOV |
| 31226197 | NEW JERSEY SECRETARY OF STATE - DEPARTMENT OF TREASURY | TAXATION.CLU@TREAS.NJ.GOV |
| 31226198 | NEW MEXICO TAXATION AND REVENUE DEPARTMENT | TRD.IPRA@TAX.NM.GOV |
| 31226273 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ORPTS.COMPANY.INFO@TAX.NY.GOV, ORPTS.VALUATION.SUPPORT@TAX.NY.GOV |
| 31226200 | NORTH CAROLINA DEPARTMENT OF REVENUE | PUBLICRECORDS@NCDOR.GOV, PRESS@NCDOR.GOV |
| 31226201 | NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER | TAXINFO@ND.GOV |
| 31226275 | OHIO DEPARTMENT OF TAXATION | THEFINDERHELP@TAX.OHIO.GOV |
| 31226276 | OKLAHOMA TAX COMMISSION | BANKRUPTCY@TAX.OK.GOV |
| 31226203 | OKLAHOMA TAX COMMISSION | TAXINQUIRIES@TAX.OK.GOV |
| 31226277 | PA DEPARTMENT OF REVENUE | PATRICKMI@PA.GOV |
| 31226204 | PA DEPARTMENT OF REVENUE | RA-PRESS@PA.GOV |
| 31226205 | RHODE ISLAND DIVISION OF TAXATION | TAXPORTAL@TAX.RI.GOV |
| 31226278 | SAN JOAQUIN COUNTY TREASURER - TAX COLLECTOR | TAX@SJGOV.ORG |
| 31226279 | SOUTH CAROLINA DEPARTMENT OF REVENUE | BANKRUPTCYLEGAL@DOR.SC.GOV |

Exhibit D

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226207 | SOUTH CAROLINA DEPARTMENT OF REVENUE | IITAX@DOR.SC.GOV |
| 31226208 | SOUTH DAKOTA DEPARTMENT OF REVENUE | PROPTAXIN@STATE.SD.US, KENDRA.BAUCOM@STATE.SD.US |
| 31226209 | STATE OF CALIFORNIA DEPT OF PUBLIC HEALTH BRANCH | CAIRHELPDESK@CDPH.CA.GOV, WIC@CDPH.CA.GOV |
| 31226280 | STATE OF CALIFORNIA DEPT OF PUBLIC HEALTH BRANCH | LEANA.ERBY@CDPH.CA.GOV |
| 31226210 | STATE OF NEW JERSEY DEPT OF AGRICULTURE DIVISION OF MARKETING AND DEVELOPMENT | CONTACTAGRICULTURE@AG.NJ.GOV |
| 31226282 | STATE OF NEW JERSEY DEPT OF TREASURY | JENNIFER.MALONEY@TREAS.NJ.GOV |
| 31226211 | STATE OF NEW JERSEY DEPT OF TREASURY | TREASURYHR.EMPLOYEEREP@TREAS.NJ.GOV, TEAM@INNOVATION.NJ.GOV, NJSTART@TREAS.NJ.GOV |
| 31226212 | TENNESSEE DEPARTMENT OF REVENUE | REVENUE.SUPPORT@TN.GOV |
| 31226283 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | BANKRUPTCYSECTION@CPA.TEXAS.GOV |
| 31226213 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | OPEN.RECORDS@CPA.TEXAS.GOV, WEBFILE.HELP@CPA.TEXAS.GOV |
| 31226214 | TEXAS DEPARTMENT OF HEALTH AND HUMAN SERVICES | PRESSOFFICER@DSHS.TEXAS.GOV, CUSTOMER.SERVICE@DSHS.TEXAS.GOV |
| 31226285 | TEXAS SECRETARY OF STATE | CORPINFO@SOS.TEXAS.GOV |
| 31226215 | TEXAS SECRETARY OF STATE | CORPINFO@SOS.TEXAS.GOV, REGISTER@SOS.TEXAS.GOV |
| 31226216 | UNITED STATES DEPT OF AGRICULTURE FOOD SAFETY INSPECTION SERVICES | FSIS.WEBMASTER@USDA.GOV |
| 31226217 | US FOOD AND DRUG ADMINISTRATION (FDA) | FDAETHICS_ADVICE@FDA.HHS.GOV, ERIC@FDA.HHS.GOV |
| 31226218 | UTAH STATE TAX COMMISSION | TAXMASTER@UTAH.GOV, TAXADA@UTAH.GOV |
| 31226219 | VERMONT DEPARTMENT OF TAXES | TAX.COMMISSIONER@VERMONT.GOV |
| 31226220 | VIRGINIA DEPARTMENT OF TAXATION | HEATHER.COOPER@TAX.VIRGINIA.GOV |
| 31226221 | WASHINGTON DEPARTMENT OF REVENUE TAXPAYER SERVICES DIVISION | DORPUBLICRECORDS@DOR.WA.GOV |
| 31226286 | WASHINGTON DEPARTMENT OF REVENUE TAXPAYER SERVICES DIVISION | SAMUELS@DOR.WA.GOV |

In re: FreshRealm, Inc., *et al.*

Case No. 26-14656 (MEH)

Exhibit D

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226222 | WEST VIRGINIA STATE TAX DEPARTMENT | TAXHELP@WV.GOV, REVENUEFOIA@WV.GOV |
| 31226287 | WISCONSIN DEPARTMENT OF REVENUE | DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV |
| 31226223 | WISCONSIN DEPARTMENT OF REVENUE | DORINCOME@WISCONSIN.GOV |
| 31226224 | WYOMING SECRETARY OF STATE | BUSINESS@WYO.GOV |

**Exhibit E**

Exhibit E

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31224784 | 3 LITTLE PIGS LLC | ACCOUNTING@3PIGS.COM |
| 31224783 | 3 LITTLE PIGS LLC | MAHAF@3PIGS.COM |
| 31224785 | 3 LITTLE PIGS, LLC | THREELITTLEPIGS@SCRAPPLE.COM |
| 31224813 | AGOSTINO FOODS | INFO@AGOSTINOFOODS.COM |
| 31224833 | ALTAR PRODUCE, LLC | VALERIA@ALTARPRODUCE.COM |
| 31224870 | ARK FOODS GROUP, INC. DBA ARK FOODS | SALES@ARKFOODS.COM |
| 31224901 | BABE FARMS SPECIALTIES, INC. | SALES@BABEFARMS.COM |
| 31224906 | BALDOR SPECIALTY FOODS INC | REMITTANCE@BALDORFOOD.COM, BHADAWAY@BALDORFOOD.COM |
| 31224912 | BAY AREA HERBS & SPECIALTIES | AHURWITZ@BAHERBS.COM |
| 31224913 | BAY AREA HERBS & SPECIALTIES | ROSEMARY@BAHERBS.COM, INDIANA@BAHERBS.COM, AR@BAHERBS.COM |
| 31224919 | BEACHSIDE PRODUCE LLC | INFO@BEACHSIDEPRODUCE.COM |
| 31224922 | BEEF AMERICA INTERNATIONAL LLC DBA MISSION DRIVEN FOODS | AR@MISSIONDRIVENFOODS.COM |
| 31224928 | BENGARD RANCH, INC. | FOODSAFETY@BENGARDRANCH.COM |
| 31224952 | BRAKEBUSH BROTHERS INC | RECRUITING@BRAKEBUSH.COM, CAREERS-WESTFIELD@BRAKEBUSH.COM, HUMANRESOURCE30@BRAKEBUSH.COM |
| 31224963 | BUTCH'S BEST LLC | LISA@BUTCHSBEST.COM |
| 31225000 | CHANNEL ISLANDS FARM INC. | KOURTNEY@CIFARM.COM |
| 31225028 | COAST TROPICAL | AMHERNANDEZ@COASTTROPICAL.COM |
| 31225029 | COAST TROPICAL AND/OR OLYMPIC FRUIT AND VEGETABLE | PARIAS@COASTCITRUS.COM |
| 31225030 | COASTAL SUNBELT | ACCOUNTING@COASTALSUNBELT.COM |
| 31225031 | COASTAL SUNBELT PRODUCE LLC | FRANALLI@COASTALSUNBELT.COM, DOT.COMPLIANCE@SYSCO.COM |
| 31225059 | COUNTRY SWEET PRODUCE | ACCOUNTING-CSP@COUNTRYSWEETPRODUCE.COM |
| 31225065 | CREMINELLI FINE MEATS LLC | JUAN.GUEVARA@CHARCUTERIE.COM |
| 31225068 | CRESCENT SPECIALTY FOODS LLC | LRCORNELIA@CRESCENTPACKING.COM |
| 31225078 | CUISINE SOLUTIONS INC | INFO@CUISINESOLUTIONS.COM |
| 31225080 | CULTURES GEN V INC. | DGAGNON@GEN-V.COM |
| 31225096 | DANIELE INTERNATIONAL LLC | SALES@CHARCUTERIE.COM, CHRIS.BOWLER@CHARCUTERIE.COM |
| 31225121 | DIESTEL TURKEY RANCH | INFO@DIESTELTURKEY.COM |
| 31225130 | DOT FOODS, INC | BRITTANY.CUMMINS@DOTFOODS.COM, DENISE.BEHLMANN@DOTFOODS.COM, TRAVEL@DOTFOODS.COM |
| 31225140 | DYNASTY FARMS, INC. | JEFF@PIM4U.COM |

In re: FreshRealm, Inc., *et al.*
Case No. 26-14656 (MEH)

Exhibit E

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31225146 | EARTHFRESH LLC | CRYSTAL.HENDRIX@EARTHFRESHFOODS.COM, KSORICHETTI@EARTHFRESHFOODS.COM |
| 31225145 | EARTHFRESH LLC | DMACPHAIL@EARTHFRESHFOODS.COM |
| 31225204 | F&S PRODUCE COMPANY INC DBA F&S FRESH FOOD | JFLEMING@FRESHCUTPRODUCE.COM |
| 31225221 | FIELD FRESH FOODS, INC | CONSUMER@FIELDFRESH.COM |
| 31225222 | FIELD FRESH FOODS, INC. | ANTHONY.PEREZ@FIELDFRESH.COM |
| 31225246 | FOODS HOME FOOD SERVICES OF PA, INC. DBA AGOSTINO | JENNIFER@AGOSTINOFOODS.COM |
| 31225251 | FRANK DONIO, INC | ACCOUNTSRECEIVABLE@DONIO.COM |
| 31225250 | FRANK DONIO, INC | INFO@DONIO.COM |
| 31225252 | FRANK GARGIULO & SON INC | PETER@GARGIULOPRODUCE.COM, AR@GARGIULOPRODUCE.COM |
| 31225253 | FRANK GARGIULO & SONS, INC. | AR@GARGIULOPRODUCE.COM |
| 31225271 | GENERAL PRODUCE DISTRIBUTION CO, LLC | GPAR@GENERALPRODUCE.COM |
| 31225282 | GLOBALMEX INTERNATIONAL INC. DBA MAGIC SUN FARMS | SANTIAGO@MAGICSUNFARMS.COM |
| 31225284 | GOLD COAST PACKING, INC. | SALES@GOLDCOASTPACK.COM |
| 31225298 | GREAT WEST PRODUCE COMPANY INC. | DENISE.VALENZUELA@GREATWESTPRODUCE.COM |
| 31225299 | GREAT WEST PRODUCE COMPANY, INC | BOBBY@GREATWESTPRODUCE.COM |
| 31225304 | GREENFIELD FRESH, INC. | DALE@GREENFIELDFRESH.COM, CATHY@GREENFIELDFRESH.COM, ROYCE@GREENFIELDFRESH.COM |
| 31225307 | GRUBMARKET INC. DBA BERTI PRODUCE | JOSIELIU@GRUBMARKET.COM |
| 31225314 | HARBRINGER GROUP, LLC DBA MISIONERO | CONTACTUS@MISIONERO.COM |
| 31225404 | JOHN VENA INC | AR@JOHNVENAPRODUCE.COM, TRICE@JOHNVENAPRODUCE.COM |
| 31225406 | JONES DAIRY FARM | WEBM@JONESDAIRYFARM.COM |
| 31225416 | KAOLIN MUSHROOM FARMS, INC. DBA SOUTH MILL MUSHROOM SALES | ASMITH@MONTMUSH.COM |
| 31225424 | KERN RIDGE GROWERS LLC | AR@KERNRIDGE.COM |
| 31225453 | LAFRIEDA MEAT, INC DBA PAT LAFRIEDA MEAT PURVEYORS | PAT@LAFRIEDA.COM |
| 31225460 | LATITUDE 36 FOODS LLC | MSHAW@LATITUDE36FOODS.COM |
| 31225469 | LES VIANDES DU BRETON INC. | JASON.BELLEAU@NCSMOKEHOUSE.COM |
| 31225478 | LIPMAN FAMILY FARMS - CA | NICK.BROWN@LIPMANFAMILYFARMS.COM, ACCOUNTSRECEIVABLE@LIPMANFAMILYFARMS.COM |
| 31225482 | LMC FOODS LLC | LRCORNELIA@LMC-FOODS.COM |
| 31225483 | LOCAL BOUNTI CORPORATION DBA HOLLANDIA PRODUCE LLC | INVESTORS@LOCALBOUNTI.COM |
| 31225501 | MAMAMIA PRODUCE LLC | REACHUS@MAMAMIAPRODUCE.COM |
| 31225504 | MAPLE LEAF FARMS | CORPCOMM@MAPLELEAFFARMS.COM |

Exhibit E

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31225517 | MASTRONARDI PRODUCE LIMITED | ACCOUNTS.RECEIVABLE@SUNSETGROWN.COM |
| 31225518 | MAURICE A AUERBACH INC | CNUNEZ@AUERPAK.COM, JSCHWARTZ@AUERPAK.COM |
| 31225519 | MAURICE A. AUERBACH INC. (AUERPAK) | AR@AUERPAK.COM |
| 31225549 | MINKUS FAMILY FARMS, INC. | DYLAN@FRESHONIONS.COM |
| 31225552 | MISSION PRODUCE, INC. | SALESREPS@MISSIONPRODUCE.COM |
| 31225577 | NASH PRODUCE LLC | DAVIDBRADLEY@NASHPRODUCE.COM |
| 31225578 | NASH PRODUCE, LLC | TERESASAKKEE@NASHPRODUCE.COM |
| 31225587 | NATURIPE AVOCADO FARMS LLC | PPEREZ@NATURIPEAVOCADO.COM |
| 31225630 | OCEAN MIST FARMS | CONTACTUS@OCEANMIST.COM, CAREERS@OCEANMIST.COM, LOGISTICS@OCEANMIST.COM |
| 31225655 | PACIFIC HEARTLAND LLC DBA PACIFIC TOMATO GROWERS LTD | LTAMBONE@SUNRIPECERTIFIED.COM |
| 31225658 | PACIFIC TOMATO GROWERS LTD | AR@SUNRIPECERTIFIED.COM |
| 31225678 | PENNROSE FARMS LLC | KYLE@PENNROSEFARMS.COM |
| 31225684 | PERI & SONS FARMS, INC. | LORI@PERIANDSONS.COM |
| 31225689 | PHILLIPS MUSHROOM FARMS LP | LRICE@PHILLIPSMUSHROOMFARMS.COM |
| 31225737 | PRODUCE ALLIANCE, LLC | KATHRYN.BEAN@PRODUCEALLIANCE.COM, REMIT@PRODUCEALLIANCE.COM |
| 31225767 | RASTELLI BROTHERS, INC. DBA - RASTELLI FOODS GROUP | DWAY@RASTELLIS.COM |
| 31225768 | RASTELLI BROTHERS, INC. DBA RASTELLI FOODS | HELP@RASTELLIS.COM |
| 31225769 | RASTELLI FOOD GROUP | HELP@RASTELLIS.COM |
| 31225770 | RATTO BROS | AR@RATTOBROS.COM |
| 31225823 | ROYAL FRESH CUTS, INC | INFO@ROYALFRESHCUTS.COM |
| 31225828 | S. KATZMAN PRODUCE | GROWWITHUS@KATZMAN.COM |
| 31225848 | SCHALLER MANUFACTURING CORP | EMIL@SCHALLERWEBER.COM, ACCOUNTING@SCHALLERWEBER.COM |
| 31225899 | SMITH PACKING INC. | AMBER@SMITHSFARM.COM |
| 31225912 | SOUTHERN VALLEY FRUIT & VEGETABLE, INC | INFO@SOUTHERNVALLEY.US |
| 31225924 | STAMPEDE CULINARY PARTNERS, INC | PR@GOSTAMPEDE.COM |
| 31225925 | STAMPEDE MEAT, INC. | ACCOUNTS.RECEIVABLE@GOSTAMPEDE.COM |
| 31225926 | STANDARD MEAT COMPANY | JOSEGONZALEZ@STANDARDMEAT.COM |
| 31225927 | STANDARD MEAT COMPANY, LLC | REMITTANCES@STANDARDMEAT.COM |
| 31225951 | SUNLEAF FOODS | SALES@SUNLEAFFOODS.COM |
| 31225980 | THE BUTCHER BLOCK DBA NORTH COUNTRY SMOKEHOUSE | JON.ANDERSON@NCSMOKEHOUSE.COM |

Exhibit E

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31225983 | THE GARLIC COMPANY | JMERAZ@THEGARLICCOMPANY.COM, MLAYOUS@THEGARLICCOMPANY.COM |
| 31225982 | THE GARLIC COMPANY | TMANNING@THEGARLICCOMPANY.COM |
| 31225991 | THE PRODUCE COMPANY | ACCOUNTING@ONEPRODUCECOMPANY.COM |
| 31225992 | THE PRODUCE EXCHANGE INCORPORATED DBA LIPMAN PRODUCE | CARRIERS@LIPMANFAMILYFARMS.COM, H2A@LIPMANFAMILYFARMS.COM, HR@LIPMANFAMILYFARMS.COM |
| 31225995 | THE THOMAS COLACE COMPANY INC | CARRIERS@LIPMANFAMILYFARMS.COM, H2A@LIPMANFAMILYFARMS.COM, HR@LIPMANFAMILYFARMS.COM |
| 31225999 | THOMAS FOODS INTERNATIONAL | JOHNL@THOMASFOODSUSA.COM, ACCOUNTSRECEIVABLE_DL@THOMASFOODSUSA.COM |
| 31226001 | THOMAS MUSHROOM AND SPECIALTY PRODUCE INC | STU@THOMASMUSHROOMS.COM, MICHAEL@THOMASMUSHROOMS.COM, MICHELLE@THOMASMUSHROOMS.COM |
| 31226082 | VICE PRODUCE EXCHANGE LLC | RACHEL@GOODNESSGARDENS.NET |
| 31226106 | WHAT CHEFS WANT | WOW@WHATCHEFSWANT.COM |

**Exhibit F**

Exhibit F

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226405 | 302 AIRPORT DRIVE, LLC | MARK@FWRESULTS.COM |
| 31226472 | CALLE AVANZADO LPIV 7 LLC | INFO@PANATTONI.COM |
| 31226478 | CAPGEMINI AMERICA, INC. | JULIE.SPRIGGINS@CAPGEMINI.COM |
| 31226497 | CRE-PROVENDER INDIANAPOLIS, LLC | NEIL@PROVENDERPARTNERS.COM, MILES@PROVENDERPARTNERS.COM, JOY@PROVENDERPARTNERS.COM |
| 31226502 | D & A DEALS, LLC | INFO@DNADAILYDEALS.COM |
| 31226519 | DREISBACH ENTERPRISES, INC. | GEMMA@DREISBACH.COM, PQUINTERO@DREISBACH.COM |
| 31226814 | DREISBACH ENTERPRISES, INC. | INFO@DRESIBACH.COM, JASON@DREISBACH.COM |
| 31226668 | MMM CONSUMER BRANDS INC. | NEDWARDS@PROLOGIS.COM |

In re: FreshRealm, Inc., *et al.*
Case No. 26-14656 (MEH)

**Exhibit G**

Exhibit G

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226225 | AT&T | INFO@ATT.COM, POC_AIS@AISINFO.COM |
| 31226226 | ATMOS ENERGY | CLAIMS@ATMOSENERGY.COM, VELINDA.HUNTER@ATMOSENERGY.COM, ANGEL.REESE@ATMOSENERGY.COM |
| 31226227 | BIAGINI WASTE REDUCTION SYSTEMS, INC. | CUSTOMERSERVICE@BWRS.COM |
| 31226228 | COMMUNITY WASTE DISPOSAL L.P. | CUSTOMERSERVICE@CWD.TO |
| 31226229 | CONSTELLATION TX | WEBAGENT@CONSTELLATION.COM, GAIL.ROSEN@CONSTELLATION.COM |
| 31226230 | CROWN CASTLE INTERNATIONAL GROUP | LOHD@CROWNCASTLE.COM |
| 31226231 | DALLAS UTILITIES AND SERVICES | WATERSPECIALTYUNIT@DALLAS.GOV |
| 31226232 | ELIZABETHTOWN GAS | CORRESPONDENCEETG@SJINDUSTRIES.COM |
| 31226233 | FCC ENVIRONMENTAL SERVICES, LLC | INQUIRIES@FCCENVIRONMENTAL.COM |
| 31226234 | INTELLETRACE, INC. | SUPPORT@INTELLETRACE.COM |
| 31226235 | IRON HORSE POWER SERVICES, LLC | CUSTOMERSERVICE@IRONHORSEPOWERSERVICES.COM |
| 31226236 | LUMEN TECHNOLOGIES, INC. | EDGESERVICESINCIDENT@LUMEN.COM, LUMEN.CONNECT@LUMEN.COM, BANKRUPTCYLEGAL@LUMEN.COM, BMG.BANKRUPTCY@LUMEN.COM |
| 31226237 | NEW JERSEY AMERICAN WATER | CHELSEA.KULP@AMWATER.COM, CSC.BANKRUPTCY@AMWATER.COM, DANA.MITCHELL@AMWATER.COM |
| 31226238 | PEERLESS NETWORK, INC. | VOICEPRICING@INFOBIP.COM, REGULATORY@PEERLESSNETWORK.COM |
| 31226239 | PG&E | BUSINESSCUSTOMERHELP@PGE.COM, PGEBANKRUPTCY@PGE.COM |
| 31226240 | PSEG | PSEGHOMEENERGY@ICF.COM, BANKRUPTCY@PSEG.COM |
| 31226241 | SAN DIEGO GAS & ELECTRIC | INFO@SDGE.COM, KDAVENPORT@SDGE.COM |
| 31226242 | SANTA MARGARITA WATER DISTRICT | CUSTOMERCARE@SMWD.COM |
| 31226243 | SO CALIF GAS | PROJECTINFO@SOCALGAS.COM, VGARCIA2@SOCALGAS.COM |
| 31226244 | SPECTRUM - CHARTER COMMUNICATIONS | CAMERON.BLANCHARD@CHARTER.COM, SIOBHAN.MCENEANY@CHARTER.COM, KYLA.LEHMAN@CHARTER.COM |
| 31226245 | THE LINDEN ROSELLE SEWERAGE AUTHORITY | PURCHASING@LRSA-NJ.GOV |
| 31226246 | VERIZON WIRELESS | NANCY.CLARK@VERIZONWIRELESS.COM, SHARON.LAWS-TILLER@VERIZONWIRELESS.COM, CERSWEEXECUTIVERELATIONS@VERIZONWIRELESS.COM, WILLIAM.VERMETTE@VERIZON.COM |
| 31226247 | WASTE MANAGEMENT | EEGL@WM.COM, HMILLER3@WM.COM, KMCGILL@WM.COM, JMILLS@WM.COM |

In re: FreshRealm, Inc., *et al.*

Case No. 26-14656 (MEH)

Page 1 of 1

**<u>Exhibit H</u>**

Exhibit H

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 31226797 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | DAVID.CORDANI@CIGNA.COM |
| 31226810 | DAYFORCE INC. | DAYFORCECARESUS@DAYFORCE.COM |
| 31226798 | DELTA DENTAL | PR@DELTADENTALIL.COM |
| 31226799 | EYEMED VISION CARE | JBARTON2@LUXOTTICARETAIL.COM |
| 31226800 | HEALTHEQUITY INC. | MEMBERSERVICES@HEALTHEQUITY.COM |
| 31226801 | HELMSMAN MANAGEMENT SERVICES | HELMSMAN@HELMSMANTPA.COM |
| 31226802 | KAISER PERMANENTE | KPFBTHRIVE@GMAIL.COM |
| 31226803 | METLIFE | METLIFEWORLDWIDE@METLIFE.COM, MKHALAF@METLIFE.COM |
| 31226804 | OHIO BUREAU OF WORKERS COMPENSATION | OHIOBWC@PUBLIC.GOVDELIVERY.COM, BWCPROVIDERENGAGEMENT@BWC.OHIO.GOV |
| 31226805 | PERKSPOT | CS@PERKSPOT.COM |
| 31226806 | PRINCIPAL FINANCIAL SERVICES | CONNECT@PRINCIPAL.COM |
| 31226156 | STARR INSURANCE | CUSTOMERCARE.PH@STARRCOMPANIES.COM |
| 31226807 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | LIFESALESDESK@PRUDENTIAL.COM |
| 31226808 | WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES | B.WELLS@LNI.WA.GOV, JAMI.LIFKA@LNI.WA.GOV |
| 31226809 | WIN | INFO@WINFERTILITY.IN |