<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
G. Glennon Troublefield, Esq. (042321991)
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (937) 994-1700
Facsimile: (973) 994-1744
gtroublefield@carellabyrne.com

*Counsel for Nippon Industries, Inc.*

</td><td></td></tr>
<tr><td>

In Re:

FRESHREALM, INC., *et al.,*

            Debtors.

</td><td>

Chapter 11

Case No. 26-14656

Judge: Honorable Mark Edward Hall

**RE: D.E. 63, 160 and 169**

</td></tr>
</table>

### NIPPON INDUSTRIES, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Nippon Industries, Inc. ("Nippon"), by and through its undersigned counsel, hereby files this Limited Objection and reservation of rights (the "Limited Objection") to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (the "Notice"), particularly to the Cure Payments set forth on the *Schedule of Assumed and Assigned Executory Contracts and Unexpired Leases, which is Exhibit A to the Notice* (the "Cure Payment Schedule").[1]  The Cure Payment Schedule is part of the Debtors' Bidding Procedures and the terms of any Successful Bid, which might include the assumption and assignment of Executory Contracts and Unexpired Leases.  Nippon files this Limited Objection to clarify the amount of the Cure Payment that relates to its agreement with Debtor FreshRealm, Inc. ("FreshRealm").  In

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: FreshRealm, Inc. (8505); FreshRealm Holdings, Inc. (1563); IHEC, LLC (8728); FreshRealm HR, LLC (7221); and FreshRealm Texas, LLC (8263).

1

support of the Limited Objection, Nippon states:

1.      In accordance with an Agreement for Sourcing Ingredients and Raw Materials, Nippon as the supplier agreed to source and stock certain ingredients and raw materials for FreshRealm.  For its part and obligation, FreshRealm agreed to purchase the sourced raw ingredients from Nippon in the form of finished goods and also agreed that in the event of unused materials exist, FreshRealm will purchase the raw materials directly from Nippon or reimburse Nippon for any unused raw materials.

2.      In accordance with the terms of their Agreement, and in reliance on the representations and promises made by FreshRealm to Nippon, Nippon: (a) sourced and stocked ingredients and raw materials as requested by FreshRealm; and (b) continued to maintain in inventory levels of ingredients and raw material and finished goods for FreshRealm.  The inventory maintained by Nippon for FreshRealm enabled FreshRealm to have ready access to ingredients and raw material, as well as to finished goods, on an expedited basis.

3.      In furtherance of the Agreement and custom and practice of the parties, Nippon has maintained and continues to store in inventory significant amounts of (a) ingredients and raw materials and (b) finished goods for FreshRealm.

4.      On April 27, 2026, each of the Debtors filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

5.      On April 29, 2026, the Court entered an order directing the procedural consolidation and joint administration of the Debtors' Chapter 11 cases, pursuant to Bankruptcy Rule 1015(b).

6.      The Debtors are operating their business and managing their affairs as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

7.      On May 27, 2026, Debtors filed the Notice, which included the proposed Cure Payment Schedule. With regard to the executory contract with Nippon, Debtors identify the

amount of the cure payment to be $93,302, based on a review of their books and records. That amount is not accurate.

8.  A review of Nippon's books and records reveal that the estimated total amount to cure is $552,352.34, plus interest at 1.5% on unpaid balances and other costs. That amount consists of: (a) finished inventory in the amount of $247,045.06; (b) raw material in the amount of $132,406.50; (c) outside storage fees in the amount of $8,656.70; and (d) outstanding (open/unpaid) invoices in the amount of $164,244.08.  A summary of the calculation of the amount due is attached hereto as Exhibit A. Therefore, the estimated total amount to cure is $552,352.34, plus interest at 1.5% on unpaid balances and other costs.

9.  There is no dispute that for Debtors to assume and/or assign any executory contract, the Debtors must cure or provide adequate assurances to Nippon that the Debtors will promptly cure any default and provide adequate assurances for future performance. See Bankruptcy Code 365(b)(1) and (2).

10.  Accordingly, to ensure that Nippon receives adequate assurance of future performances, Nippon objects to the amount of the cure payment as listed on the Cure Payment Schedule to the extent that any order approving the successful bidder, is premised on the cure payment to be paid to Nippon is set at $93,302.  Rather, the amount of the cure payment to Nippon should be set at $552,352.34, plus interest at 1.5% on unpaid balances and other costs.  The Debtors must cure the full balance due and owing to Nippon, by making full payment of the correct amount as set forth in this Limited Objection or to provide other adequate assurances required under Bankruptcy Code 365.

11.  Nippon remains interested in remaining a supplier for the Debtors and would have no objection to the assumption or assignment of its agreement with Debtors, so long as the amount of the cure payment is accurate.  Therefore, Nippon files this Limited Objection to enable the Debtors to correct their books and records to update the amount of the cure payment owed to

Nippon.

12.      Nippon expressly reserves all rights to modify, supplement and/or amend this

Limited Objection as further information becomes available.


Date: June 8, 2026

*/s/ G. Glennon Troublefield*
G.  Glennon Troublefield, Esq. (042321991)
CARELLA, BYRNE, CECCHI, BRODY &
AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (937) 994-1700
Facsimile: (973) 994-1744
Email: gtroublefield@carellabyrne.com
*Counsel for Nippon Industries, Inc.*

## <u>CERTIFICATION OF SERVICE</u>

I, G. Glennon Troublefield, do hereby certify that I did on the 8th day of June 2026, serve

a true and correct copy of the attached Limited Objection by ECF with a copy to the following via

electronic mail:

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com)
Warren A. Usatine, Esq. (wusatine@coleschotz.com)
Ryan T. Jareck, Esq. (rjareck@coleschotz.com)
Daniel J. Harris, Esq. (dharris@coleschotz.com)
Matteo Percontino, Esq. (mpercontino@coleschotz.com)
Attorneys for Debtor

Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Attn. Richard E. Farley (Richard.Farley@hsfkramer.com)
Mark P. Ramsey (Mark.Ramsey@hsfkramer.com)
Robert T. Schmidt (Robert.Schmidt@hsfkramer.com)
Andrew J. Citron (Andrew.Citron@hsfkramer.com)

Sills Cummis & Gross P.C.
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
Attn. Andrew H. Sherman (ASherman@sillscummis.com)
Boris I. Mankovetskiy (BMankovetskiy@sillscummis.com)
Attorneys for BGC

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Christopher Marcus, Esq. (cmarcus@kirkland.com)
Jordan D. Roberts, Esq. (jordan.roberts@kirkland.com)
Jess Lepper, Esq. (jess.lepper@kirkland.com)
Charles H. Martin, Esq. (Charles.martin@kirkland.com)
Kelly Meyer, Esq. (Kelly.meyer@kirkland.com)
Attorneys for FaraNord (US) IV Pte Ltd

Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960
Attn: Joseph DiPasquale, Esq. (jdipasquale@foxrothschild.com)
Michael Herz, Esq. (mherz@foxrothschild.com)
Jesse Harris, Esq. (jesseharris@foxrothschild.com)
William Stassen, Esq. (wstassen@foxrothschild.com)
Attorneys for the Committee

Date: June 8, 2026

*/s/ G. Glennon Troublefield*
 G.  Glennon Troublefield, Esq. (042321991)
CARELLA, BYRNE, CECCHI, BRODY &
AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (937) 994-1700
Facsimile: (973) 994-1744
Email: gtroublefield@carellabyrne.com
*Counsel for Nippon Industries, Inc.*

6

# EXHIBIT A

Fresh Realm Finished Inventory

| Item | Item Code | Qty in Case | Weight per Case (lb) | Total Weight (lbs) | Cost per lbs | Total Sales |
|---|---|---|---|---|---|---|
| Broccoli Riced 6/3.5 lb-MC- Conv | 3NCKJ3AG | 490 | 21 | 10290 | $1.79 | $18,419.10 |
| Caulifolower Riced 6/3.5lb- MC- Conv | 3NCL3AG | 199 | 21 | 4179 | $1.79 | $7,480.41 |
| Green Lentils 30MC | 3ACKH3BA | 129 | 30 | 3870 | $1.79 | $6,927.30 |
| Hibachi Fried Eice 2 28MC | 3ACSF3BN | 880 | 28 | 24640 | $1.79 | $44,105.60 |
| Pasta Orzo K 30MC | 3ANKM3BA | 56 | 30 | 1680 | $1.79 | $3,007.20 |
| Pasta Rotini K 18MC | 3ACKF3BR | 643 | 18 | 11574 | $1.79 | $20,717.46 |
| Quinoa Kale Blend 25MC | 3NCNE3BT | 693 | 25 | 17325 | $1.79 | $31,011.75 |
| Savory BR, WB-Br 28MC | 3ACSN3BN | 260 | 28 | 7280 | $1.79 | $13,031.20 |
| Spanis Rice MX 28MC- Conv | 3NCMW3BN | 1232 | 28 | 34496 | $1.79 | $61,747.84 |
| Turmeric Basmati Lt 28MC- Conv | 3NCSQ3BN | 810 | 28 | 22680 | $1.79 | $40,597.20 |

**Grand Total   $247,045.06**

## Fresh Realm Raw Inventory

| Item | Quantity (lb) | Cost/ lb | Total Cost |
|---|---|---|---|
| Black Pepper | 225 | $5.25 | $1,181.25 |
| Extra Virgin Olive Oil | 4,095 | $3.13 | $12,817.35 |
| Garlic- Granules | 2,200 | $3.35 | $7,370.00 |
| Green Lentils | 16,000 | $0.94 | $15,040.00 |
| Green Oninion | 2,170 | $1.27 | $2,755.90 |
| Kale | 31,800 | $1.09 | $34,662.00 |
| Pasta Orzo | 39,200 | $0.88 | $34,496.00 |
| Pasta Penne | 13,600 | $0.81 | $11,016.00 |
| Pasta Rotini | 9,900 | $0.83 | $8,217.00 |
| Peas & Carrot | 4,500 | $0.79 | $3,555.00 |
| Riced Broccoli | 1,440 | $0.90 | $1,296.00 |
| | | **Grand Total** | **$132,406.50** |

## Outstanding Invoices

| Customer_name | Invoice_number | Alt_invoice_numl | Customer_po_number |
|---|---|---|---|
| FRESH REALM | | 6213 | 6213 2025-00-38298 |
| FRESH REALM | | 6215 | 6215 2026-00-40615 |
| FRESH REALM | | 6216 | 6216 2026-00-40617 |
| FRESH REALM | | 6145 | 6145 2025-00-37943 |
| FRESH REALM | | 6147 | 6147 2025-00-37945 |
| FRESH REALM | | 6263 | 6263 2026-00-41731 |

| Invoice_date | Invoice_status | Invoice_total | Outstanding_balance |
|---|---|---|---|
| 1/21/26 | B | 16064.92 | 16064.92 |
| 1/21/26 | B | 13361.46 | 13361.46 |
| 1/21/26 | B | 11331.6 | 11331.6 |
| 2/12/26 | B | 63053.81 | 63053.81 |
| 2/12/26 | B | 55549.2 | 55549.2 |
| 3/16/26 | B | 4883.09 | 4883.09 |
| | **Grand Total** | | **164244.08** |

## Outside Storage Fee

| | |
|---|---|
| Freight | $4,300 |
| US Cold Storage | $4,356.70 |
| | **$8,656.70** |

Grand Total

| | |
|---|---|
| Finished Inventory | $247,045.06 |
| Raw Material | $132,406.50 |
| Outside Storage Fee | $8,656.70 |
| Outstanding Invoices | $164,244.08 |
| | **$552,352.34** |