**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Ryan T. Jareck
Daniel J. Harris
Matteo Percontino
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
rjareck@coleschotz.com
dharris@coleschotz.com
mpercontino@coleschotz.com

*Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| FRESHREALM, INC., *et al*.,[1] | Case No. 26-14656 (MEH) |
| Debtors. | (Jointly Administered) |

**Order Filed on June 18, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY
CONTRACTS RELATED TO MISFITS MARKET ASSET PURCHASE AGREEMENT
AND TRANSITION SERVICES AGREEMENT AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through five (5), is

**ORDERED**.

**DATED: June 18, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: FreshRealm, Inc. (8505); FreshRealm Holdings, Inc. (1563); IHEC, LLC (8728); FreshRealm HR, LLC (7221); and FreshRealm Texas, LLC (8263). The location of FreshRealm, Inc.'s principal place of business and service address is: 901 W Linden Ave, Linden, NJ 07036.

(Page | 2)

| | |
|---|---|
| Debtors: | FRESHREALM, INC., *et al*. |
| Case No. | 26-14656 (MEH) |
| Caption of Order: | Order (I) Authorizing the Rejection of Certain Executory Contracts Related to Misfits Market Asset Purchase Agreement and Transition Services Agreement and (II) Granting Related Relief |

Upon the Debtors' motion (the "Motion")[2] for entry of an order (this "Order") pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006: (i) authorizing the rejection of certain executory contracts identified on Schedule 1 to the Proposed Order (collectively, the "Contracts"), effective as of the Closing Date and (ii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

(Page | 3)

| Debtors: | FRESHREALM, INC., *et al*. |
| Case No. | 26-14656 (MEH) |
| Caption of Order: | Order (I) Authorizing the Rejection of Certain Executory Contracts Related to Misfits Market Asset Purchase Agreement and Transition Services Agreement and (II) Granting Related Relief |

1.      The Motion is **GRANTED** to the extent set forth herein.

2.      The Contracts are deemed rejected effective as of the Closing Date.

3.      The Debtors shall not be liable for any administrative expenses arising after the Closing Date with respect to the Contracts, and no counterparty to a rejected Contract shall be entitled to an administrative expense claim arising after the Closing Date.

4.      The Debtors do not waive any claims that they may have against any counterparty to the Contracts, whether such claims arise under, are related to the rejection of, or are independent of the Contracts.

5.      Nothing herein shall prejudice any party's rights to assert that the Contract or Lease are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

6.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts were terminated prior to the Petition Date, or that any claim for damages arising from the rejection of the Contracts is limited to the remedies available under any applicable termination provision of such contract, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates.

7.      Claims, if any, arising out of the rejection of a Contracts must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty days after the date of entry of this Order.  The Debtors shall serve a copy of this entered order upon the counterparties to the Contracts within one day of entry of this Order. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection of such Contract.

(Page | 4)

| | |
|---|---|
| Debtors: | FRESHREALM, INC., *et al*. |
| Case No. | 26-14656 (MEH) |
| Caption of Order: | Order (I) Authorizing the Rejection of Certain Executory Contracts Related to Misfits Market Asset Purchase Agreement and Transition Services Agreement and (II) Granting Related Relief |

8.      Notwithstanding anything to the contrary herein, nothing contained in the Motion or any actions taken pursuant to this Order granting the relief requested by the Motion is intended as or should be construed or deemed to be:  (a) an implication or admission as to the amount of, basis for, priority of, or validity of any particular claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' rights to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) an admission by the Debtors as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; or (g) a waiver of the obligation of any party in interest to file a proof of claim.  Nothing contained in this Order shall be deemed to increase, reclassify, elevate to an administrative expense status, or otherwise affect any claim on account of such claim not being paid

9.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

10.     Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11.     The requirements in Bankruptcy Rule 6006 are satisfied

(Page | 5)

| | |
|---|---|
| Debtors: | FRESHREALM, INC., *et al*. |
| Case No. | 26-14656 (MEH) |
| Caption of Order: | Order (I) Authorizing the Rejection of Certain Executory Contracts Related to Misfits Market Asset Purchase Agreement and Transition Services Agreement and (II) Granting Related Relief |

12.     Notwithstanding anything in the Bankruptcy Rules or the Bankruptcy Local Rules, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

13.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **Schedule 1**

**(Rejected Contracts)**

**Schedule 1**
**(Rejected Contracts)**

| Number | Debtor Counterparty | Rejection Counterparty | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1 | FreshRealm, Inc. | Ascentium Capital LLC | Equipment Finance Agreement (#ASC-2728740) Dated: 6/28/2024 | Closing Date |
| 2 | FreshRealm, Inc. | Ascentium Capital LLC | Equipment Finance Agreement (#ASC-2654701) Dated: 3/14/2022 | Closing Date |
| 3 | FreshRealm, Inc. | CIT | Installment Payment Agreement (#CIT-1785304) Dated: 12/13/2021 | Closing Date |
| 4 | FreshRealm, Inc. | ENGS Commercial Finance Co. | Commercial Finance Agreement (#ENGS-156462) Dated: 11/7/2022 | Closing Date |
| 5 | FreshRealm, Inc. | Equipment Finance Group, LLC | Equipment Finance Agreement (#EFG-2024648) Dated: 10/01/2024 | Closing Date |
| 6 | FreshRealm, Inc. | Medius Software Inc | Master Services Agreement (#Q025982) Dated: 10/11/2024 | Closing Date |
| 7 | FreshRealm, Inc. | Medius Software Inc | Amendment #1 to Master Services Agreement (#Q031371) Dated: 07/15/2025 | Closing Date |
| 8 | FreshRealm, Inc. | Medius Software Inc | Appendix A to Master Services Agreement Dated: 07/15/2025 | Closing Date |
| 9 | FreshRealm, Inc. | Navitas Credit Corp | Equipment Finance Agreement (#NCC-41300235) Dated: 07/22/2024 | Closing Date |
| 10 | FreshRealm, Inc. | SAP America, Inc. | Service Amendment (#3063247955) Dated: 08/14/2025 | Closing Date |
| 11 | FreshRealm, Inc. | SAP America, Inc. | Service Amendment (#3063201896) Dated: 07/03/2025 | Closing Date |
| 12 | FreshRealm, Inc. | SAP America, Inc. | Additional Cloud Services & Amendment (#3063268911) Dated: 08/17/2025 | Closing Date |
| 13 | FreshRealm, Inc. | SAP America, Inc. | Cloud Service and Support Agreement (#3063077453) Dated: 03/05/2025 | Closing Date |